UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIN K. KNIGHT-STANNER, ET AL,

    Plaintiff

v.

STEVEN PRUITT,

    Defendant

_____/

Case No:    1:08-cv-949

HONORABLE PAUL L. MALONEY
Chief United States District Judge

ORDER REQUIRING ADDITIONAL
INFORMATION FOR CONSIDERATION
OF SETTLEMENT AND DISTRIBUTION
OF PROCEEDS

Plaintiff's most recent filing seeking approval of a settlement and distribution of proceeds to two minors was filed on December 30, 2009. [Docket #45] There are several deficiencies in the submission:

1. The referenced contingent fee agreement described as Exhibit C, is not attached or otherwise in this Court's file.

2. Referenced Exhibits A and B (the children's medical files) are also not in this Court's file. However, the Court finds no need to file those documents in light of the Guardian Ad Litem's report which adequately informs the Court on this subject.

3. The Court has also not received the cost accounting (also referenced as Exhibit C).

In addition, the Court sees no provision for the payment of the Guardian Ad Litem, but perhaps this liability is noted in the cost accounting.

IT IS ORDERED that Plaintiff will file the documents described in Paragraphs 1 and 3 above by January 22, 2010 and also advise the Court of the Guardian Ad Litem's fees if not otherwise addressed in the submission.

DATED:  January 8, 2010              /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     Chief United States District Judge