UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIN K. KNIGHT-STANNER, ET AL.,
    Plaintiffs,

No. 1:08-cv-949

-v-

HONORABLE PAUL L. MALONEY

STEVEN PRUITT,
    Defendant.

## JUDGMENT

Having approved a settlement and having granted Plaintiffs' motion to dismiss, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiffs. **IT IS SO ORDERED. THIS ACTION IS TERMINATED.**

Date: January 26, 2010            /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge